**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 9, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00416-CV

---

### IN RE LG CHEM AMERICA, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-60352**

---

## MEMORANDUM OPINION

Relator LG Chem America, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable C. Elliott Thornton, presiding judge of the 164th District Court of Harris County, to set aside the trial court March 9, 2022 oral order denying relator's motion to strike the intervention

of James Travis and sever the claims of Glenn Granger and Jose Flores into separate actions.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Zimmerer.